IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER PATRICK, #109647, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0525-CG-N |
| WARDEN THOMAS, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 16th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE