# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WALTER PATRICK, #109647, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 16-0525-CG-N |
| WARDEN THOMAS, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice** as time-barred; therefore, **JUDGEMENT** is entered in favor of the Respondent and against the Petitioner. The Court further finds that the Petitioner is not entitled to either a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 16th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE